

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00147-CV

CITY OF ALEDO

APPELLANT

V.

TODD C. BRENNAN AND VALERIE
S. SMITH, FRANK GALLISON AND
NANETTE GALLISON, REBECCA
HANLEY, GORDON HIEBERT AND
KIMBERLY HIEBERT, WILLIAM
HOOD AND LEONILA HOOD,
LAYNE KASPER AND JESSICA
KASPER, JAMES KITCHEN AND
MARTHA KITCHEN, SHAUN
KRETZSCHMAR AND NATALIE
KRETZSCHMAR, SCOTT
MITCHELL AND LESLIE
MITCHELL, EVAN PETERSON AND
GAYLE PETERSON, BRIAN
STAGNER AND AMY STAGNER,
STEVEN TOMHAVE AND JETTY
TOMHAVE, AND ROBERT WOOD
AND MARY FRANCES WOOD

APPELLEES

AND

## NO. 02-14-00153-CV

TODD C. BRENNAN AND VALERIE
S. SMITH, FRANK GALLISON AND
NANETTE GALLISON, REBECCA

APPELLANTS

FILE COPY

HANLEY, GORDON HIEBERT AND
KIMBERLY HIEBERT, WILLIAM
HOOD AND LEONILA HOOD,
LAYNE KASPER AND JESSICA
KASPER, JAMES KITCHEN AND
MARTHA KITCHEN, SHAUN
KRETZSCHMAR AND NATALIE
KRETZSCHMAR, SCOTT
MITCHELL AND LESLIE
MITCHELL, EVAN PETERSON AND
GAYLE PETERSON, BRIAN
STAGNER AND AMY STAGNER,
STEVEN TOMHAVE AND JETTY
TOMHAVE, AND ROBERT WOOD
AND MARY FRANCES WOOD

V.

CITY OF WILLOW PARK, TEXAS,                                    APPELLEES
PARKER COUNTY APPRAISAL
DISTRICT, PARKER COUNTY
APPRAISAL REVIEW BOARD, CITY
OF ALEDO, TEXAS, AND LARRY
HAMMONDS IN HIS OFFICIAL
CAPACITY AS PARKER COUNTY
TAX ASSESSOR/COLLECTOR

------------

FROM THE 43RD DISTRICT COURT OF PARKER COUNTY

------------

## ORDER

------------

We have considered the parties' "Agreed Motion to Consolidate Appeals and for Consolidated Briefing Schedule" in reference to the above causes.

2

The motion is **GRANTED**. It is therefore ORDERED that appeal number 02-14-00147-CV (the summary-judgment appeal) is consolidated with appeal number 02-14-00153-CV (the class-certification appeal) for the purposes of briefing and oral argument, if any. Each appeal shall continue to bear its respective case number.

It is further ORDERED that the clerk's record and reporter's record already filed in the class-certification appeal will be used for both appeals.

Additionally, it is ORDERED that the opening brief for the Appellants in the class-certification appeal (the Taxpayers) shall be filed no later than **Monday, June 30, 2014.** The response brief by the Appellees in the class-certification appeal (the Taxing Entities) shall be filed no later than **Monday, August 4, 2014.** The City of Aledo's opening brief in the summary-judgment appeal and its response to the Taxpayers' opening brief in the class-certification appeal shall be filed no later than **Monday, August 4, 2014.** The Taxpayers' combined reply brief in the class-certification appeal and response brief in the summary-judgment appeal shall be filed no later than **Monday, August 25, 2014.** The City of Aledo's reply brief in the summary-judgment appeal shall be filed no later than **Monday, September 8, 2014.** The Taxpayers' and the City of Aledo's total aggregate word limits are increased to 37,000. *See* Tex. R. App. P. 9(i)(2)(B), (i)(4).

The Taxpayers may be designated as "Appellants/Cross Appellees," the Taxing Entities may be designated as "Appellees," and the City of Aledo may be

3

FILE COPY

designated as "Appellee/Cross Appellant." However, the parties are encouraged to use these designations only as absolutely necessary and to refer to the parties by name or similar common-language reference.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, and the court reporter.

DATED May 30, 2014.

PER CURIAM